United States District Court
for the
Southern District of Florida

| | |
|---|---|
| AvMed, Inc., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-21838-Civ-Scola |
| | ) |
| Transaction Applications Group, Inc., Defendant. | ) |

### Order Requiring Response to Motion for Preliminary Injunction

On May 1, 2020 the Plaintiff AvMed, Inc. ("AvMed") filed suit against Transaction Applications Group, Inc. a/k/a NTT Data Services, LLC ("NTT"), alleging that NTT intends "to stop work" on its contract obligations unless AvMed pays NTT additional money. (*See* ECF No. 1.) On May 4, 2020, AvMed filed an expedited motion for preliminary injunction requesting that the Court enter an injunction by May 12, 2020 that requires NTT to continue working. (ECF No. 6 at 20.) Although the Defendant has not yet been served and defense counsel has not yet appeared in the case, the motion's certificate of service states that a copy was served on counsel for the Defendant via email. (*Id.* at 21.)

Federal Rule of Civil Procedure 65 requires the Defendant to have received notice in order for the Court to issue a preliminary injunction, but it "does not require service of process" on the adverse party. *Corrigan Dispatch Co. v. Casa Guzman, S.A.*, 569 F.2d 300, 302 (5th Cir. 1978). Nevertheless, the Court does not think it appropriate in this case to render an order on this motion for preliminary injunction before the Court has an opportunity to consider the Defendant's response, and the Court cannot order the Defendant to respond until it has been served process.

Therefore, the Court **orders** the Defendant to **respond** to the motion for preliminary injunction (ECF No. 6) **seven days after being served process** pursuant to Federal Rule of Civil Procedure 4. The Court will not issue an order until the Defendant has had an opportunity to respond.

**Done and ordered** at Miami, Florida, on May 5, 2020.

Robert N. Scola, Jr.
United States District Judge